IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THELMA L. KIZER and THEODORE L. KIZER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| C.B. FLEET HOLDING COMPANY, INCORPORATED, a Virginia corporation; C.B. FLEET COMPANY, INC., a Virginia corporation; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, | ) ) ) ) ) ) ) ) | No. 2:07-cv-1682-HRH **No. 2:07-cv-1685-HRH** No. 2:07-cv-1688-HRH No. 3:07-cv-8092-HRH No. 3:07-cv-8093-HRH No. 3:07-cv-8096-HRH No. 4:07-cv-0474-HRH |
| Defendants. | ) ) | |

O R D E R

Case Status

The seven above-referenced cases are now assigned to Judge Holland. In one or more of the cases,[1] the parties have stipulated for a 30-day continuance to file a joint report.

The court is in the process of assembling a file on the foregoing seven cases. As soon as the files are assembled and reviewed, the court will enter an order pursuant to Rule 16(b), Federal Rules of Civil Procedure, calling upon the parties to

---

[1]See, for example, Joint Request for Continuance to File Joint Scheduling Report, Docket No. 14 in Case No.2:07-cv-1685. The parties' stipulation in Case No.2:07-cv-1685 was the subject of an order, Docket No. 15, approving the stipulation. If there are other, similar motions pending in any of the above seven cases, those stipulations are rejected as moot in light of this order.

confer and provide the court with specific information aimed at developing a schedule for the pretrial development of each of the seven cases. Other than timely filing answers, the parties need do nothing further with respect to these cases until they have received the court's Rule 16(b) order.

    DATED at Anchorage, Alaska, this <u>28th</u> day of November, 2007.


<u>/s/ H. Russel Holland</u>
United States District Judge